# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :     CASE NO. 21-21103-CMB
                                                :
Craig Nathan Smith and,          :     CHAPTER 13
Karla Cristina Smith,                  :
            Debtor.                            :
                                                :

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

| Craig: | Karla: |
|---|---|
| March 16, 2021 | None. |
| April 16, 2021 | |

**Next Payment Advice Expected (post-filing):**

| Craig: | Karla: |
|---|---|
| May 16, 2021 | None. |

K.V.

SMITH, CRAIG & KARLA

Classic Vinyl Repairs of Western PA Inc
153 Dobson Rd
Mars, PA 16046

CRAIG N SMITH
155 Dwellington Drive
Valencia, PA 16059

| Employee Pay Stub | | Check number: | | | Pay Period: 02/17/2021 - 03/16/2021 | Pay Date: 03/16/2021 |
|---|---|---|---|---|---|---|

**Employee**  
CRAIG N SMITH, 155 Dwellington Drive, Valencia, PA 16059

**SSN**  
***-**-0637

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission | 184.00 | | 14,150.00 | 42,500.00 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| LOCAL | | | -141.50 | -425.01 |
| LST | | | 0.00 | -10.00 |
| Federal Withholding | | | -1,707.75 | -5,134.25 |
| Social Security Employee | | | -877.30 | -2,635.01 |
| Medicare Employee | | | -205.18 | -616.25 |
| PA - Withholding | | | -434.41 | -1,304.76 |
| PA - Unemployment | | | -8.49 | -25.50 |
| | | | -3,374.63 | -10,150.78 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Dental/Health | | | -478.95 | -1,436.85 |
| **Net Pay** | | | **10,296.42** | **30,912.37** |

Classic Vinyl Repairs of Western PA Inc, 153 Dobson Rd, Mars, PA 16046

Classic Vinyl Repairs of Western PA Inc
153 Dobson Rd
Mars, PA 16046

CRAIG N SMITH
155 Dwellington Drive
Valencia, PA 16059

**Employee Pay Stub**  Check number:  Pay Period: 03/17/2021 - 04/16/2021  Pay Date: 04/16/2021

**Employee**  
CRAIG N SMITH, 155 Dwellington Drive, Valencia, PA 16059

**SSN**  
***-**-0637

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission | 184.00 | | 19,755.00 | 62,255.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| LOCAL | -197.55 | -622.56 |
| LST | 0.00 | -10.00 |
| Federal Withholding | -2,984.70 | -8,118.95 |
| Social Security Employee | -1,224.81 | -3,859.82 |
| Medicare Employee | -286.45 | -902.70 |
| PA - Withholding | -606.48 | -1,911.24 |
| PA - Unemployment | -11.85 | -37.35 |
|  | -5,311.84 | -15,462.62 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Dental/Health | -478.95 | -1,915.80 |

| **Net Pay** | **13,964.21** | **44,876.58** |

Classic Vinyl Repairs of Western PA Inc, 153 Dobson Rd, Mars, PA 16046

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-21103-CMB |
| | : | |
| Craig Nathan Smith and, | : | CHAPTER 13 |
| Karla Cristina Smith, | : | |
| Debtor | : | |
| | : | |
| Karla Cristina Smith, | : | |
| Movant | : | |

### VERIFICATION REGARDING PROOF OF INCOME

I, Karla Cristina Smith, hereby state as follows:

1.) I am unemployed; therefore, I am unable to provide the prior (6) six-months pay advices.
2.) I live with my husband who is employed by Classic Vinyl Repairs of Western PA, Inc. and brings home an average of $12,130.31 per month.
3.) I was required to file 2019 – 2020 tax returns; therefore, I have submitted the same to the Trustee.
4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

    I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: May 24, 2021                         /s/ Karla Cristina Smith
                                                     Debtor