IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No.: 21-21103 CMB |
| Craig Nathan Smith | ) | |
| Karla Cristina Smith | ) | Chapter 13 |
|     Debtor | ) | |
| _____ | ) | |
| Ronda J. Winnecour, | ) | |
| Chapter 13 Trustee, | ) | |
|     Movant, | ) | |
| | ) | |
|     Vs. | ) | Related Doc.: 15 and 22  & 24 |
| Craig Nathan Smith | ) | |
| Karla Cristina Smith | ) | |
|     Respondent | ) | |

## ORDER OF COURT

AND NOW, this __30th__ day of ____July____, 2021, upon consideration of the Trustee's Motion to Reschedule, it is hereby

ORDERED, ADJUDGED, and DECREED, that the conciliation conference on the Debtor's Plan is rescheduled to __November 18, 2021 at 9:00 A.M.__ to be held remotely by the Trustee via Zoom. (To learn how to participate, go to www.ch13pitt.com, or email meetings@chapter13trusteewdpa.com.)  It is further

ORDERED that the conciliation conference scheduled for 11:00 a.m. on November 4, 2021 is CANCELLED.

_____
U.S. Bankruptcy Judge

FILED
7/30/21 10:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21103-CMB |
| Craig Nathan Smith | Chapter 13 |
| Karla Cristina Smith | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 2 |
| Date Rcvd: Jul 30, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Craig Nathan Smith, Karla Cristina Smith, 155 Dwellington Drive, Valencia, PA 16059-2523 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15371687 | Email/Text: Bankruptcy@absoluteresolutions.com | Jul 30 2021 23:03:00 | Absolute Resolutions, 8000 Norman Center Drive, Bloomington, MN 55437 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2021         Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | |
| | on behalf of Joint Debtor Karla Cristina Smith dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | |
| | on behalf of Debtor Craig Nathan Smith dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | |
| | on behalf of Creditor MIDFIRST BANK mmiksich@kmllawgroup.com |

District/off: 0315-2 User: aala Page 2 of 2
Date Rcvd: Jul 30, 2021 Form ID: pdf900 Total Noticed: 2

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5