**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:
CRAIG NATHAN SMITH            :    Case No. 21-21103-CMB
KARLA CRISTINA SMITH          :
                              :    Chapter 13
    Debtor(s)             :
                              :    Related to Doc. No. 32

**STIPULATION AND ORDER OF COURT**

    AND NOW, come the Debtors, Craig Nathan Smith and Karla Cristina Smith, and Ronda J. Winnecour, Chapter 13 Trustee, by their undersigned counsel, and Stipulate and Agree as follows:

    1.    Debtors commenced the within Chapter 13 case on May 3, 2021. Debtors' Chapter 13 plan dated May 25, 2021 was confirmed on an interim basis by order entered June 29, 2021 (Doc. 22).

    2.    Debtors aforesaid plan provides that the amount necessary to satisfy the liquidation alternative test for confirmation pursuant to 11 U.S.C § 1325(a)(4) totals $20,573.33.

    3.    The aforesaid amount indicated in Debtors' plan to satisfy the liquidation alternative test was based on an estimate of the value of Debtors' residence at 155 Dwellington Drive, Valencia, PA 16059 of $252,138.40.

    4.    Based on a November 22, 2021 Comparative Market Analysis of the 155 Dwellington Drive property obtained by the Debtors, the parties agree that a more accurate estimate of the property's fair market value is $315,000.00.

    5.    Based on a value of $315,000.00 for the 155 Dwellington Drive property, and giving due consideration to the balance owed on the first mortgage, the amount of exemption available to the Debtors, and the potential costs of liquidating the property,

the parties have agreed that the amount to satisfy the liquidation alternative test is $39,514.97.

6. The parties' agreement that $39,514.97 is the amount necessary to satisfy the liquidation alternative test represents a reasonable compromise of the Trustee's potential objections to confirmation arising from a dispute over the valuation of the 155 Dwellington Drive property.

7. Any Chapter 13 plan confirmed in the within case providing for Debtors retaining the 155 Dwellington Drive property shall provide that $39,514.97 is the amount necessary to satisfy the liquidation alternative test.

8. Within 30 days of the Court's approval of this Stipulation, Debtors shall file an amended Chapter 13 plan consistent with the provisions of this Stipulation.

Stipulated and agreed to by:

| | |
|---|---|
| /s/ James C. Warmbrodt | /s/ Daniel P. Foster |
| James C. Warmbrodt, Esquire | Daniel P. Foster, Esquire |
| Attorney for Chapter 13 Trustee | Foster Law Offices |
| US Steel Tower, Suite 3250 | Attorney for the Debtors |
| 600 Grant Street | 1210 Park Avenue |
| Pittsburgh, PA  15219 | Meadville, PA 16335 |
| (412) 471-5566 | (814) 724-1165 |
| jwarmbrodt@chapter13trusteewdpa.com | dan@mrdebtbuster.com |

So Ordered, this ___7th___ day of January, 2022.

FILED
1/7/22 3:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Craig Nathan Smith  
Karla Cristina Smith  
    Debtors

Case No. 21-21103-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 4  
Date Rcvd: Jan 07, 2022     Form ID: pdf900     Total Noticed: 57

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Craig Nathan Smith, Karla Cristina Smith, 155 Dwellington Drive, Valencia, PA 16059-2523 |
| 15371688 | + | AES/Brazus, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 15371689 | + | AES/Suntrust, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 15371690 | + | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15378195 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15371693 | + | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15371694 | + | Caliber Home Loans, 715 South Metropolitan Avenue, Oklahoma City, OK 73108-2054 |
| 15371702 | + | Collection Service Center, P.O. Box 560, New Kensington, PA 15068-0560 |
| 15371709 | + | J.P. Morgan Chase Bank Card, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 15371710 | + | J.P. Morgan Chase Bank Home, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15371711 | + | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15385437 | + | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15371714 | + | National Energy Improvement Fund, LLC, P.O. Box 9000, Fort Washington, PA 19034-9000 |
| 15371718 | + | Pennymac Loan Services, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 15371721 | + | SST/Synovus, 4315 Pickett, Saint Joseph, MO 64503-1600 |
| 15371725 | + | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 15381765 | + | Toyota Credit de Puerto Rico, PO Box 9013, Addison, Texas 75001-9013 |
| 15387745 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 07 2022 23:18:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15371687 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jan 07 2022 23:14:00 | Absolute Resolutions, 8000 Norman Center Drive, Bloomington, MN 55437 |
| 15377582 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jan 07 2022 23:14:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 15371692 | + | Email/Text: g20956@att.com | Jan 07 2022 23:15:00 | AT&T, 208 South Akard Street, Dallas, TX 75202-4206 |
| 15371690 | + | Email/PDF: bncnotices@becket-lee.com | Jan 07 2022 23:18:31 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15378195 | | Email/PDF: bncnotices@becket-lee.com | Jan 07 2022 23:18:30 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15392259 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 07 2022 23:18:38 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

Case 21-21103-CMB  Doc 36  Filed 01/09/22  Entered 01/10/22 00:25:29  Desc Imaged
Certificate of Notice  Page 4 of 6

| District/off: 0315-2 | User: dric | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 07, 2022 | Form ID: pdf900 | Total Noticed: 57 |

| Recipient | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 15371696 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2022 23:18:38 | Capital One, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 15371695 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2022 23:18:35 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15371697 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2022 23:18:35 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15371698 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2022 23:18:35 | Capital One Bank USA, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15371699 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2022 23:18:31 | Capital One Bank/Cabelas, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15371701 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 07 2022 23:28:48 | Citibank, N.A., P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 15371700 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 07 2022 23:28:50 | Citibank, N.A., P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15371703 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 07 2022 23:14:00 | Comenity Bank, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15371704 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 07 2022 23:14:00 | Comenity Bank/J. Crew, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15371705 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 07 2022 23:14:00 | Comenity Bank/Victoria's Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15371706 | + | Email/Text: Bankruptcy.Consumer@dish.com | Jan 07 2022 23:14:00 | Dish Network, 90 Inverness Cir E, Englewood, CO 80112-5317 |
| 15371707 | + | Email/Text: bknotice@ercbpo.com | Jan 07 2022 23:14:00 | Enhanced Recovery Company, P.O. Box 57547, Jacksonville, FL 32241-7547 |
| 15371708 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 07 2022 23:18:38 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15385095 | + | Email/Text: RASEBN@raslg.com | Jan 07 2022 23:14:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15390522 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2022 23:28:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15385899 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 07 2022 23:18:37 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15371712 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 07 2022 23:14:00 | Midland Credit Management, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15385763 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 07 2022 23:14:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15371713 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 07 2022 23:18:37 | Midland Mortgage/Midfirst, P.O. Box 268959, Oklahoma City, OK 73126-8959 |
| 15371715 | + | Email/Text: bnc@nordstrom.com | Jan 07 2022 23:14:30 | Nordstrom/TD Bank USA, 13531 East Caley Avenue, Englewood, CO 80111-6504 |
| 15372877 | + | Email/PDF: cbp@onemainfinancial.com | Jan 07 2022 23:18:31 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15371716 | + | Email/PDF: cbp@onemainfinancial.com | Jan 07 2022 23:18:34 | Onemain, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15371717 | + | Email/PDF: cbp@onemainfinancial.com | Jan 07 2022 23:18:38 | Onemain Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15390506 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 07 2022 23:14:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15371719 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| District/off: 0315-2 | User: dric | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 07, 2022 | Form ID: pdf900 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 07 2022 23:14:00 | PNC Bank, N.A., P.O. Box 3180, Pittsburgh, PA 15230 |
| 15371720 | | Email/Text: signed.order@pfwattorneys.com | Jan 07 2022 23:14:00 | Pressler, Felt & Warshaw, L.L.P, c/o Ian Z. Winograd, Esquire, 7 Entin Road, Parsippany, NJ 07054 |
| 15371718 | + | Email/PDF: ebnotices@pnmac.com | Jan 07 2022 23:28:50 | Pennymac Loan Services, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 15385307 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 07 2022 23:14:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15378379 | | Email/Text: bnc-quantum@quantum3group.com | Jan 07 2022 23:14:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 15372152 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 07 2022 23:18:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15371722 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 07 2022 23:18:31 | Synchrony Bank/BSTB, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15371723 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 07 2022 23:18:31 | Synchrony Bank/Gap, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15371724 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 07 2022 23:18:37 | Synchrony Bank/Husqvarna, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15371725 | + | Email/PDF: tbiedi@PRAGroup.com | Jan 07 2022 23:18:31 | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 15371726 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 07 2022 23:14:00 | Toyota Motor Credit, P.O. Box 9786, Cedar Rapids, IA 52409-0004 |
| 15371727 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 07 2022 23:14:00 | Toyota Motor Credit, Two Walnut Groove Drive, Horsham, PA 19044-2219 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| 15381351 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15383153 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15371691 | ##+ | Aqua Finance Inc., 2600 Pine Ridge Boulevard, Wausau, WI 54401-7800 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jan 09, 2022 | Signature: | /s/Joseph Speetjens |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Joint Debtor Karla Cristina Smith dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Craig Nathan Smith dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor MIDFIRST BANK mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5