**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/08/2024

IN RE:

| | |
|---|---|
| CRAIG NATHAN SMITH<br>KARLA CRISTINA SMITH<br>155 DWELLINGTON DRIVE<br>VALENCIA, PA 16059<br>XXX-XX-0637    Debtor(s)<br><br>XXX-XX-2335 | Case No. 21-21103 CMB<br><br>Chapter 13 |

**AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/8/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee / Court Claim | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HUSQVARNA/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 3384 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MIDFIRST BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **QUANTUM3 GROUP LLC - AGENT AQUA FINANC**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA  98083-2489 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 4-2<br>CLAIM: 0.00<br>COMMENT: SURR/PL@AQUA FINANCE*W/32*AMD=$0 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 6145 |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*CL14GOV*DKT4LMT*BGN 6/21 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8117 |
| **TOYOTA MOTOR CREDIT CORP (TMCC)**<br>POB 9490**<br>CEDAR RAPIDS, IA  52409-9490 | Trustee Claim Number: 5   INT %: 3.00%<br>Court Claim Number: 6<br>CLAIM: 66,671.61<br>COMMENT: $CL6GOV@TERMS/PL*PMT/CONF*66234@3%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8522 |
| **ABSOLUTE RESOLUTIONS INVESTMENTS LLC**<br>8000 NORMAN CENTER DR STE 350<br>BLOOMINGTON, MN  55437 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 4,655.08<br>COMMENT: X3055/SCH*CITIBANK/SCH*JUDGMENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2210 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 5,433.58<br>COMMENT: X1543/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1003 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 1,337.94<br>COMMENT: X0173/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1007 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 5,912.98<br>COMMENT: CAPITAL ONE*QUILKSILVER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0784 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI  48090 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 4,235.19<br>COMMENT: X2465/SCH*CAP 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7394 |

| Creditor | Trustee/Court Claim | Credit Info |
|---|---|---|
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 275.00<br>COMMENT: XG7UW/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2335 |
| **ERC**<br>PO BOX 57547<br>JACKSONVILLE, FL 32241 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ATT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0433 |
| **ERC**<br>PO BOX 57547<br>JACKSONVILLE, FL 32241 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DISH/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9995 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 1,755.35<br>COMMENT: REF 3605431445 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1018 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 13,241.93<br>COMMENT: CHASE SAPPHIRE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9769 |
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD 21236 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 3,587.97<br>COMMENT: X5220/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0652 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI 48090 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 4,946.02<br>COMMENT: X4204/SCH*CAP 1*CABELAS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6698 |
| **NATIONAL ENERGY IMPROVEMENT FUND**<br>PO BOX 9000<br>FORT WASHINGTON, PA 19034 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **NORDSTROM INC**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 2,435.35<br>COMMENT: TD BANK*REF 3605487681 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9126 |
| **ONE MAIN FINANCIAL GROUP LLC(*)**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 10,177.74<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3120 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PNC BANK NA**<br>PO BOX 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:17<br>CLAIM:  2,549.16<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8512 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:18<br>CLAIM:  3,236.83<br>COMMENT:  SYNCHRONY*HUSQVARNA | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3384 |
| **BUREAUS INVESTMENT GROUP PORTFOLIO NO**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA  23541 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:20<br>CLAIM:  1,206.14<br>COMMENT:  X5239/SCH*COMENITY/JCREW | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4087 |
| **ATT**<br>POB 105262<br><br>ATLANTA, AL  30348 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CITIBANK\*\***<br>POB 6241<br><br>SIOUX FALLS, SD  57117-6214 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **COMENITY BANK++**<br>PO BOX 182272<br><br>COLUMBUS, OH  43218 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **DISH NETWORK**<br>DEPT 0063<br><br>PALATINE, IL  60055-0063 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PRESSLER FELT & WARSHAW LLP**<br>7 ENTIN RD<br><br>PARSIPPANY, NJ  07054-5020 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br><br>WARREN, MI  48090 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:11<br>CLAIM:  1,377.34<br>COMMENT:  NT/SCH*CITIBANK*BBY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9823 |
| **MIDFIRST BANK SSB\***<br>ATTN BANKRUPTCY TRUSTEE PMTS\*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  60.16<br>COMMENT:  CL14GOV*0/PL*$60.16/CL*THRU 5/21 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  8117 |

| | | |
|---|---|---|
| **UPMC HEALTH SERVICES** | Trustee Claim Number:31  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:15 | ACCOUNT NO.: 0637 |
| PO BOX 1123 | | |
| | CLAIM: 875.00 | |
| MINNEAPOLIS, MN  55440 | COMMENT: NT/SCH | |
| | | |
| **QUANTUM3 GROUP LLC - AGENT AQUA FINANC** | Trustee Claim Number:32  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:4-2 | ACCOUNT NO.: 6145 |
| PO BOX 2489 | | |
| | CLAIM: 9,164.91 | |
| KIRKLAND, WA  98083-2489 | COMMENT: SURR@3*DEFICIENCY*AMD | |