**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>CRAIG NATHAN SMITH<br>KARLA CRISTINA SMITH<br><br>        Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>        Movant<br>    vs.<br>BUREAUS INVESTMENT GROUP<br>PORTFOLIO NO 15 LLC++<br><br>        Respondents | Case No. 21-21103CMB<br><br>Chapter 13<br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> SERVICER INDICATES THAT THEY ARE NO LONGER SERVICING THIS LOAN. NO TRANSFER OF CLAIM OR CHANGE OF ADDRESS OR AMENDED CLAIM HAS BEEN FILED.

| | |
|---|---|
| BUREAUS INVESTMENT GROUP PORTFOLIO<br>NO 15 LLC++<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Court claim# 20/Trustee CID# 23 |

The Movant further certifies that on 11/18/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>    original creditor<br>    putative creditor<br>    counsel for debtor(s)<br>    counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>CRAIG NATHAN SMITH, KARLA CRISTINA SMITH, 155 DWELLINGTON DRIVE, VALENCIA, PA  16059 | DEBTOR'S COUNSEL:<br>DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, 1210 PARK AVE, MEADVILLE, PA 16335 |
| ORIGINAL CREDITOR:<br>BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC++, C/O PRA RECEIVABLES MANAGEMENT LLC, PO BOX 41031, NORFOLK, VA  23541 | :<br>BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC++, C/O PRA RECEIVABLES MANAGEMENT LLC, PO BOX 41021, NORFOLK, VA  23541 |
| NEW CREDITOR: | |