**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **CRAIG NATHAN SMITH** |
| Debtor 2 (Spouse, if filing) | **KARLA CRISTINA SMITH** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number | **21-21103CMB** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**  MIDFIRST BANK SSB*

**Court claim no.**  (if known):
14

**Last 4 digits** of any number you use to identify the debtor's account:   8  1  1  7

**Property Address:**   155 DWELLINGTON DR
Number        Street

VALENCIA                                     PA     16059
City                                                    State     ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ 60.16 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 60.16 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ 60.16 |

**Part 4:**    **Postpetition Payment**

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:        $        95,880.24

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on July 2026. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:**    **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:        $        -0-

**Part 6:**    **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Ronda J. Winnecour                                              Date    06/26/2026
   Signature

Trustee     Ronda J. Winnecour
            First Name          Middle Name          Last Name

Address     CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
            Number     Street

            PITTSBURGH                              PA      15219
            City                                    State   ZIP Code

Contact phone   (412) 471-5566                Email   cmecf@chapter13trusteewdpa.com

| Debtor 1 | SMITH | | Case Number 21-21103CMB | Page 1 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

## Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 14 | MIDFIRST BANK SSB* | 05/25/2022 | 1234837 | Amounts Disbursed To Creditor | 49.47 |
| 14 | MIDFIRST BANK SSB* | 06/27/2022 | 1237864 | Amounts Disbursed To Creditor | 10.71 |
| 14 | MIDFIRST BANK SSB* | 10/05/2022 | 0000000 | Reallocation Of Principal | -0.02 |
| | | | | Total for Claim Number 14: | 60.16 |
| | | | | **Total for Part 3 - b (Prepetition Arrears):** | **60.16** |

## Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 14 | MIDFIRST BANK SSB* | 07/26/2021 | 1204435 | Amounts Disbursed To Creditor | 2,420.13 |
| 14 | MIDFIRST BANK SSB* | 08/26/2021 | 1207557 | Amounts Disbursed To Creditor | 1,453.68 |
| 14 | MIDFIRST BANK SSB* | 09/24/2021 | 1210676 | Amounts Disbursed To Creditor | 1,512.05 |
| 14 | MIDFIRST BANK SSB* | 10/25/2021 | 1213748 | Amounts Disbursed To Creditor | 1,548.31 |
| 14 | MIDFIRST BANK SSB* | 11/22/2021 | 1216783 | Amounts Disbursed To Creditor | 1,540.05 |
| 14 | MIDFIRST BANK SSB* | 12/23/2021 | 1219858 | Amounts Disbursed To Creditor | 1,552.46 |
| 14 | MIDFIRST BANK SSB* | 01/26/2022 | 1222919 | Amounts Disbursed To Creditor | 1,662.86 |
| 14 | MIDFIRST BANK SSB* | 02/23/2022 | 1225795 | Amounts Disbursed To Creditor | 1,731.26 |
| 14 | MIDFIRST BANK SSB* | 03/25/2022 | 1228754 | Amounts Disbursed To Creditor | 1,770.04 |
| 14 | MIDFIRST BANK SSB* | 04/26/2022 | 1231798 | Amounts Disbursed To Creditor | 1,789.37 |
| 14 | MIDFIRST BANK SSB* | 05/25/2022 | 1234837 | Amounts Disbursed To Creditor | 1,770.32 |
| 14 | MIDFIRST BANK SSB* | 06/27/2022 | 1237864 | Amounts Disbursed To Creditor | 1,441.37 |
| 14 | MIDFIRST BANK SSB* | 07/26/2022 | 1240808 | Amounts Disbursed To Creditor | 1,441.37 |
| 14 | MIDFIRST BANK SSB* | 08/24/2022 | 1243693 | Amounts Disbursed To Creditor | 1,524.52 |
| 14 | MIDFIRST BANK SSB* | 09/27/2022 | 1246560 | Amounts Disbursed To Creditor | 1,524.52 |
| 14 | MIDFIRST BANK SSB* | 10/05/2022 | 0000000 | Reallocation Of Continuing Debt | 0.02 |
| 14 | MIDFIRST BANK SSB* | 11/23/2022 | 1252166 | Amounts Disbursed To Creditor | 3,049.02 |
| 14 | MIDFIRST BANK SSB* | 12/22/2022 | 1254926 | Amounts Disbursed To Creditor | 1,524.52 |
| 14 | MIDFIRST BANK SSB* | 01/26/2023 | 1257653 | Amounts Disbursed To Creditor | 1,524.52 |
| 14 | MIDFIRST BANK SSB* | 02/23/2023 | 1260276 | Amounts Disbursed To Creditor | 1,524.52 |
| 14 | MIDFIRST BANK SSB* | 03/28/2023 | 1263045 | Amounts Disbursed To Creditor | 1,524.52 |
| 14 | MIDFIRST BANK SSB* | 04/25/2023 | 1265864 | Amounts Disbursed To Creditor | 1,524.52 |
| 14 | MIDFIRST BANK SSB* | 05/25/2023 | 1268722 | Amounts Disbursed To Creditor | 1,524.52 |
| 14 | MIDFIRST BANK SSB* | 06/26/2023 | 1271618 | Amounts Disbursed To Creditor | 1,524.52 |
| 14 | MIDFIRST BANK SSB* | 07/25/2023 | 1274384 | Amounts Disbursed To Creditor | 1,524.52 |
| 14 | MIDFIRST BANK SSB* | 08/25/2023 | 1277155 | Amounts Disbursed To Creditor | 1,556.01 |
| 14 | MIDFIRST BANK SSB* | 09/26/2023 | 1279908 | Amounts Disbursed To Creditor | 1,556.01 |
| 14 | MIDFIRST BANK SSB* | 10/25/2023 | 1282616 | Amounts Disbursed To Creditor | 1,556.01 |
| 14 | MIDFIRST BANK SSB* | 11/27/2023 | 1285294 | Amounts Disbursed To Creditor | 1,556.01 |
| 14 | MIDFIRST BANK SSB* | 12/21/2023 | 1287884 | Amounts Disbursed To Creditor | 1,556.01 |
| 14 | MIDFIRST BANK SSB* | 01/26/2024 | 1290563 | Amounts Disbursed To Creditor | 1,556.01 |
| 14 | MIDFIRST BANK SSB* | 02/26/2024 | 1293228 | Amounts Disbursed To Creditor | 1,556.01 |
| 14 | MIDFIRST BANK SSB* | 03/26/2024 | 1295873 | Amounts Disbursed To Creditor | 1,556.01 |
| 14 | MIDFIRST BANK SSB* | 04/25/2024 | 1298523 | Amounts Disbursed To Creditor | 1,556.01 |
| 14 | MIDFIRST BANK SSB* | 05/29/2024 | 1301233 | Amounts Disbursed To Creditor | 1,556.01 |
| 14 | MIDFIRST BANK SSB* | 06/25/2024 | 1303771 | Amounts Disbursed To Creditor | 1,556.01 |
| 14 | MIDFIRST BANK SSB* | 07/25/2024 | 1306368 | Amounts Disbursed To Creditor | 1,556.01 |
| 14 | MIDFIRST BANK SSB* | 08/26/2024 | 1308946 | Amounts Disbursed To Creditor | 1,620.18 |
| 14 | MIDFIRST BANK SSB* | 09/25/2024 | 1311536 | Amounts Disbursed To Creditor | 1,620.18 |
| 14 | MIDFIRST BANK SSB* | 10/25/2024 | 1314058 | Amounts Disbursed To Creditor | 1,620.18 |
| 14 | MIDFIRST BANK SSB* | 11/25/2024 | 1316625 | Amounts Disbursed To Creditor | 1,620.18 |
| 14 | MIDFIRST BANK SSB* | 12/23/2024 | 1319029 | Amounts Disbursed To Creditor | 1,620.18 |
| 14 | MIDFIRST BANK SSB* | 01/28/2025 | 1321524 | Amounts Disbursed To Creditor | 1,620.18 |
| 14 | MIDFIRST BANK SSB* | 02/25/2025 | 1323954 | Amounts Disbursed To Creditor | 1,620.18 |
| 14 | MIDFIRST BANK SSB* | 03/26/2025 | 1326440 | Amounts Disbursed To Creditor | 1,620.18 |
| 14 | MIDFIRST BANK SSB* | 04/25/2025 | 1328906 | Amounts Disbursed To Creditor | 1,620.18 |
| 14 | MIDFIRST BANK SSB* | 05/23/2025 | 1331327 | Amounts Disbursed To Creditor | 1,620.18 |
| 14 | MIDFIRST BANK SSB* | 06/25/2025 | 1333766 | Amounts Disbursed To Creditor | 1,620.18 |
| 14 | MIDFIRST BANK SSB* | 07/25/2025 | 1336240 | Amounts Disbursed To Creditor | 1,620.18 |
| 14 | MIDFIRST BANK SSB* | 08/26/2025 | 1338653 | Amounts Disbursed To Creditor | 1,621.18 |
| 14 | MIDFIRST BANK SSB* | 09/25/2025 | 1341059 | Amounts Disbursed To Creditor | 1,621.18 |
| 14 | MIDFIRST BANK SSB* | 10/24/2025 | 1343542 | Amounts Disbursed To Creditor | 1,621.18 |
| 14 | MIDFIRST BANK SSB* | 11/21/2025 | 1345841 | Amounts Disbursed To Creditor | 1,621.18 |
| 14 | MIDFIRST BANK SSB* | 12/23/2025 | 1348182 | Amounts Disbursed To Creditor | 1,621.18 |
| 14 | MIDFIRST BANK SSB* | 01/27/2026 | 1350576 | Amounts Disbursed To Creditor | 1,621.18 |
| 14 | MIDFIRST BANK SSB* | 02/24/2026 | 1352914 | Amounts Disbursed To Creditor | 1,621.18 |
| 14 | MIDFIRST BANK SSB* | 03/25/2026 | 1355332 | Amounts Disbursed To Creditor | 1,621.18 |
| 14 | MIDFIRST BANK SSB* | 04/27/2026 | 1357721 | Amounts Disbursed To Creditor | 1,621.18 |
| 14 | MIDFIRST BANK SSB* | 05/27/2026 | 1360117 | Amounts Disbursed To Creditor | 3,247.83 |

| Debtor 1 | **SMITH** | | Case Number **21-21103CMB** | | Page 2 |
|---|---|---|---|---|---|
| | Name | | | | |

# History Of Payments

**Part 4 - a (Postpetition Payments)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| | | | | Total for Claim Number 14: | 95,880.24 |
| | | | | **Total for Part 4 - a (Postpetition Payments):** | **95,880.24** |

**<u>Certificate of Service</u>**

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

CRAIG NATHAN SMITH
KARLA CRISTINA SMITH
155 DWELLINGTON DRIVE
VALENCIA, PA  16059

DANIEL P FOSTER ESQ**
FOSTER LAW OFFICES
1210 PARK AVE
MEADVILLE, PA  16335

MIDFIRST BANK SSB*
ATTN BANKRUPTCY TRUSTEE PMTS*
999 NW GRAND BLVD STE 100
OKLAHOMA CITY, OK  73118

ALDRIDGE PITE LLP
SIX PIEDMONT CENTER
3525 PIEDMONT RD NE STE 700
ATLANTA, GA  30305


Dated: 06/26/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee