**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

CRAIG NATHAN SMITH
KARLA CRISTINA SMITH
      Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
      Movant
    vs.
No Respondents.

Case No.:21-21103

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 25, 2026

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1.  The case was filed on 05/03/2021  and confirmed on 6/29/21 . The case was subsequently       Completed
After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 206,700.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 206,700.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,500.00 | |
| Trustee Fee | 10,363.13 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 13,863.13 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| MIDFIRST BANK SSB* | 0.00 | 95,880.24 | 0.00 | 95,880.24 |
| Acct: 8117 | | | | |
| MIDFIRST BANK SSB* | 60.16 | 60.16 | 0.00 | 60.16 |
| Acct: 8117 | | | | |
| QUANTUM3 GROUP LLC - AGENT AQUA F | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6145 | | | | |
| TOYOTA MOTOR CREDIT CORPORATION | 66,671.61 | 66,671.61 | 5,251.11 | 71,922.72 |
| Acct: 8522 | | | | |
| | | | | 167,863.12 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CRAIG NATHAN SMITH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 175.12 | 175.12 | 0.00 | 175.12 |
| Acct: | | | | |
| XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | | |
| LLC | | | | |
| | | | | 175.12 |
| **Unsecured** | | | | |
| ABSOLUTE RESOLUTIONS INVESTMENTS | 4,655.08 | 1,521.59 | 0.00 | 1,521.59 |
| Acct: 2210 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 5,433.58 | 1,776.05 | 0.00 | 1,776.05 |
| Acct: 1003 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 1,337.94 | 437.33 | 0.00 | 437.33 |
| Acct: 1007 | | | | |
| LVNV FUNDING LLC | 5,912.98 | 1,932.76 | 0.00 | 1,932.76 |
| Acct: 0784 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 4,235.19 | 1,384.35 | 0.00 | 1,384.35 |

21-21103

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 7394 | | | | |
| UPMC HEALTH SERVICES | 275.00 | 89.89 | 0.00 | 89.89 |
| Acct: 2335 | | | | |
| ERC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0433 | | | | |
| ERC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9995 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 1,755.35 | 573.76 | 0.00 | 573.76 |
| Acct: 1018 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 13,241.93 | 4,328.34 | 0.00 | 4,328.34 |
| Acct: 9769 | | | | |
| MARINER FINANCE LLC | 3,587.97 | 1,172.79 | 0.00 | 1,172.79 |
| Acct: 0652 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 4,946.02 | 1,616.69 | 0.00 | 1,616.69 |
| Acct: 6698 | | | | |
| NATIONAL ENERGY IMPROVEMENT FUND | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NORDSTROM INC | 2,435.35 | 796.03 | 0.00 | 796.03 |
| Acct: 9126 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 10,177.74 | 3,326.76 | 0.00 | 3,326.76 |
| Acct: 3120 | | | | |
| PNC BANK NA | 2,549.16 | 833.23 | 0.00 | 833.23 |
| Acct: 8512 | | | | |
| LVNV FUNDING LLC | 3,236.83 | 1,058.01 | 0.00 | 1,058.01 |
| Acct: 3384 | | | | |
| BUREAUS INVESTMENT GROUP PORTFO | 219.13 | 219.13 | 0.00 | 219.13 |
| Acct: 4087 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,377.34 | 450.21 | 0.00 | 450.21 |
| Acct: 9823 | | | | |
| UPMC HEALTH SERVICES | 875.00 | 286.01 | 0.00 | 286.01 |
| Acct: 0637 | | | | |
| QUANTUM3 GROUP LLC - AGENT AQUA F | 9,164.91 | 2,995.70 | 0.00 | 2,995.70 |
| Acct: 6145 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3384 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ATT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRESSLER FELT & WARSHAW LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 24,798.63 |

TOTAL PAID TO CREDITORS                                                                192,836.87

TOTAL CLAIMED
PRIORITY              175.12
SECURED           66,731.77
UNSECURED        75,416.50


Date: 06/25/2026                                    /s/ Ronda J. Winnecour

                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    CRAIG NATHAN SMITH
    KARLA CRISTINA SMITH
          Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
    No Repondents.

Case No.:21-21103

Chapter 13

Document No.:

### ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 21-21103-CMB

Craig Nathan Smith                                                        Chapter 13

Karla Cristina Smith
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                      User: auto                              Page 1 of 4

Date Rcvd: Jun 26, 2026                   Form ID: pdf900                         Total Noticed: 58

The following symbols are used throughout this certificate:

**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##            Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by
              the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was
              undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Craig Nathan Smith, Karla Cristina Smith, 155 Dwellington Drive, Valencia, PA 16059-2523 |
| 15371688 | + | AES/Brazus, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 15371710 | + | J.P. Morgan Chase Bank Home, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15371714 | + | National Energy Improvement Fund, LLC, P.O. Box 9000, Fort Washington, PA 19034-9000 |
| 15371721 | + | SST/Synovus, 4315 Pickett, Saint Joseph, MO 64503-1600 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2026 00:46:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 27 2026 00:34:00 | Toyota Motor Credit Corporation, PO Box 8026, Cedar Rapids, IA 52408-8026, UNITED STATES 52408-8026 |
| 15377582 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jun 27 2026 00:34:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 15371687 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jun 27 2026 00:34:00 | Absolute Resolutions, 8000 Norman Center Drive, Bloomington, MN 55437 |
| 15371689 | + | Email/Text: bncnotifications@pheaa.org | Jun 27 2026 00:34:00 | AES/Suntrust, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 15371692 | + | Email/Text: g17768@att.com | Jun 27 2026 00:34:00 | AT&T, 208 South Akard Street, Dallas, TX 75202-4206 |
| 15371690 | + | Email/PDF: bncnotices@becket-lee.com | Jun 27 2026 00:46:03 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15378195 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2026 00:46:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15371691 | ^ | MEBN | Jun 27 2026 00:28:38 | Aqua Finance Inc., 2600 Pine Ridge Boulevard, Wausau, WI 54401-7800 |
| 15371693 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 27 2026 00:34:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15392259 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2026 00:46:22 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15371694 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | | |

District/off: 0315-2 | User: auto | Page 2 of 4

Date Rcvd: Jun 26, 2026 | Form ID: pdf900 | Total Noticed: 58

| | | | |
|---|---|---|---|
| | | Jun 27 2026 00:35:00 | Caliber Home Loans, 715 South Metropolitan Avenue, Oklahoma City, OK 73108-2054 |
| 15371696 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2026 00:46:19 | Capital One, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 15371695 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2026 00:46:19 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15371697 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2026 00:46:19 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15371698 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2026 00:46:36 | Capital One Bank USA, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15371699 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2026 00:46:36 | Capital One Bank/Cabelas, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15371701 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2026 01:10:42 | Citibank, N.A., P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 15371700 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2026 00:46:27 | Citibank, N.A., P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15371702 | ^ MEBN | Jun 27 2026 00:28:29 | Collection Service Center, P.O. Box 560, New Kensington, PA 15068-0560 |
| 15371703 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2026 00:34:00 | Comenity Bank, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15371704 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2026 00:34:00 | Comenity Bank/J. Crew, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15371705 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2026 00:34:00 | Comenity Bank/Victoria's Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15371706 | + Email/Text: Bankruptcy.Consumer@dish.com | Jun 27 2026 00:34:00 | Dish Network, 90 Inverness Cir E, Englewood, CO 80112-5317 |
| 15371708 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 27 2026 00:46:38 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15371709 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2026 00:46:00 | J.P. Morgan Chase Bank Card, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 15385095 | + Email/Text: RASEBN@raslg.com | Jun 27 2026 00:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15390522 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2026 00:46:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15371711 | + Email/Text: bankruptcy@marinerfinance.com | Jun 27 2026 00:34:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15385899 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 27 2026 00:46:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15371712 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2026 00:34:00 | Midland Credit Management, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15385763 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2026 00:34:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15371713 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 27 2026 00:46:35 | Midland Mortgage/Midfirst, P.O. Box 268959, Oklahoma City, OK 73126-8959 |
| 15385437 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2026 00:34:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15371715 | + Email/Text: bankruptcy@td.com | Jun 27 2026 00:34:00 | Nordstrom/TD Bank USA, 13531 East Caley Avenue, Englewood, CO 80111-6504 |
| 15372877 | + Email/PDF: cbp@omf.com | | |

District/off: 0315-2                                     User: auto                                           Page 3 of 4

Date Rcvd: Jun 26, 2026                              Form ID: pdf900                                   Total Noticed: 58

| | | | |
|---|---|---|---|
| | | Jun 27 2026 00:46:35 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15371716 | + Email/PDF: cbp@omf.com | | |
| | | Jun 27 2026 00:46:35 | Onemain, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15371717 | + Email/PDF: cbp@omf.com | | |
| | | Jun 27 2026 00:46:35 | Onemain Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15390506 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jun 27 2026 00:34:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15371719 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jun 27 2026 00:34:00 | PNC Bank, N.A., P.O. Box 3180, Pittsburgh, PA 15230 |
| 15371720 | + Email/Text: signed.order@pfwattorneys.com | | |
| | | Jun 27 2026 00:34:00 | Pressler, Felt & Warshaw, L.L.P, c/o Ian Z. Winograd, Esquire, 7 Entin Road, Parsippany, NJ 07054 |
| 15371718 | + Email/PDF: ebnotices@pnmac.com | | |
| | | Jun 27 2026 00:46:06 | Pennymac Loan Services, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 15385307 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Jun 27 2026 00:34:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15378379 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jun 27 2026 00:34:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 15372152 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 27 2026 00:46:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15371722 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jun 27 2026 00:45:59 | Synchrony Bank/BSTB, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15371723 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jun 27 2026 00:46:15 | Synchrony Bank/Gap, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15371724 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jun 27 2026 00:45:59 | Synchrony Bank/Husqvarna, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15371725 | + Email/Text: bnc-thebureaus@quantum3group.com | | |
| | | Jun 27 2026 00:34:00 | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2757 |
| 15381765 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | Jun 27 2026 00:34:00 | Toyota Credit de Puerto Rico, PO Box 9013, Addison, Texas 75001-9013 |
| 15371726 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Jun 27 2026 00:34:00 | Toyota Motor Credit, P.O. Box 9786, Cedar Rapids, IA 52409-0004 |
| 15371727 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Jun 27 2026 00:34:00 | Toyota Motor Credit, Two Walnut Groove Drive, Horsham, PA 19044-2219 |
| 15387745 | Email/Text: BNCnotices@dcmservices.com | | |
| | | Jun 27 2026 00:34:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 53

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| 15381351 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15383153 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15371707 | ##+ | Enhanced Recovery Company, P.O. Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

District/off: 0315-2           User: auto           Page 4 of 4

Date Rcvd: Jun 26, 2026           Form ID: pdf900           Total Noticed: 58

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2026           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Joint Debtor Karla Cristina Smith dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Craig Nathan Smith dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Matthew Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5