Certificate Number: 03088-PAW-DE-041189113

Bankruptcy Case Number: 21-21103



03088-PAW-DE-041189113

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 9, 2026, at 9:18 o'clock PM CDT, craig smith completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   July 9, 2026                          By:      /s/Doug Tonne

Name:   Doug Tonne

Title:   Counselor