**Fill in this information to identify the case:**

Debtor 1          Craig Nathan Smith

Debtor 2          Karla Cristina Smith
(Spouse, if filing)

United States Bankruptcy Court for the:  WESTERN  District of Pennsylvania
                                                                              (State)

Case number   21-21103 CMB

## Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**    **MIDFIRST BANK**

**Court claim no**.  (if known):
___14-1_____

**Last 4 digits** of any number you use to identify the debtor's account: 8117

**Property address:**          **155 Dwellington Drive**
                               Number        Street
                               **Valencia    PA 16059**
                               City                          State        ZIP Code

| Part 2: | Arrearages |
|---|---|

The total amount received to cure any arrearages as of the date of this response:    $  60.16_____.

*Check all that apply:*

☒    The amount required to cure any prepetition arrearage has been paid in full.

☐    The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid
      as of the date of this response:      $ _____.

☐    The amount required to cure any postpetition arrearage has been paid in full.

☐    The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining
      unpaid as of the date of this response:      $ _____.

**Part 3:**    **Postpetition Payments**

(a)  *Check all that apply:*

☒    The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐    The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: __/ / __.

☐    The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b)  The claim holder attaches a payoff statement and provides the following information as of the date of this response:

| | | |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 07 / 20 / 2026 |
| ii. | Date next postpetition payment from the debtor is due: | 08 / 01 / 2026 |
| iii. | Amount of the next postpetition payment that is due: | $ 1,621.80 |
| iv. | Unpaid principal balance of the loan: | $ 195,594.90 |
| v. | Additional amounts due for any deferred or accrued interest: | $ 323.17 |
| vi. | Balance of the escrow account: | $ 2,490.39 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $ 0.00 |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $ 0.00 |

**Part 4**    **Itemized Payment History**

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

The person completing this response must sign it. Check the appropriate box:

☐   I am the claim holder.

☒   I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Matthew Fissel    Date July 23, 2026

        Signature

Name   Matthew Fissel

        First name       Middle name       Last name

Title   Attorney for Secured Creditor

Company   KML Law Group, P.C.

        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   701 Market Street, Suite, 5000

        Number       Street

        Philadelphia                PA       19196

        City                   State       ZIP Code

Contact phone   (215) 627-1322          Email bkgroup@kmllawgroup.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Craig Nathan Smith**<br>**Karla Cristina Smith** | **BK NO. 21-21103 CMB** |
| **Debtor(s)** | **Chapter 13** |
| | **Related to Claim No. 14-1** |
| **MIDFIRST BANK** | |
| **Movant** | |
| **vs.** | |
| **Craig Nathan Smith**<br>**Karla Cristina Smith** | |
| **Debtor(s)** | |
| **Rhonda J. Winnecour**, | |
| **Trustee** | |

## CERTIFICATE OF SERVICE

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>July 23, 2026</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Karla Cristina Smith
155 Dwellington Drive
Valencia, PA 16059

Craig Nathan Smith
155 Dwellington Drive
Valencia, PA 16059

<u>Attorney for Debtor(s) (via ECF)</u>
Daniel P. Foster, Esquire
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335

<u>Trustee (via ECF)</u>
Rhonda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first-class mail

Dated: <u>July 23, 2026</u>

<u>**/s/ Matthew Fissel**</u>
Matthew Fissel
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com

# ⫽⫽⫽ MIDLAND MORTGAGE

### A division of MidFirst Bank

DATE:          7/21/2026
TO:            ██████████████              FAX #:       ██████
FROM:          The Foreclosure Dept.

Mortgagor:     <u>CRAIG N SMITH</u>

Loan Number:   ████████              LOAN TYPE:  ████

Last Payment Made:  7/1/2026              VS#:        ████

Next Payment Due:   8/1/2026

## Total Debt Figures

**Principal Balance:**                                                  **$196,594.90**

**Total Interest To but not including  07/21/26:**                      **$323.17**

|                  | Rate    | Date From | Date To   | Per Diem | Total    |
|------------------|---------|-----------|-----------|----------|----------|
| Rate at Default: | 3.000%  | 7/1/2026  | 7/21/2026 | 16.1585  | $323.17  |

**Total Late Charges as of date figures prepared 07/21/26:**           **$0.00**

Late Charges Pre  08/01/26 payment:                      $0.00
Late Charges Post  08/01/26 payment:                     $0.00

***Less Unapplied Funds credit as of date figures prepared  07/21/26:***  **$0.00**

***Escrow Credit***                                                    **($2,490.39)**
**Incurred Fees as of date figures prepared  07/21/26:**               **$0.00**
**Incurred Taxes as of date figures prepared  07/21/26:**              **$0.00**
**Incurred Insurance as of date figures prepared  07/21/26:**          **$0.00**
**Incurred Misc Escrow  07/21/26:**                                    **$0.00**

**TOTAL**                                                              ***$194,427.68***

*All amounts listed are as of dates stated. Please note, loan will continue to incur interest, fees, and other applicable expenses.*