**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Craig Nathan Smith<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–0637 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Karla Cristina Smith<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–2335 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number: | 21–21103–CMB | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Craig Nathan Smith

Karla Cristina Smith

8/11/26

**By the court:** Carlota M Bohm
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-21103-CMB
Craig Nathan Smith Chapter 13
Karla Cristina Smith
Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 4
Date Rcvd: Aug 11, 2026 Form ID: 3180W Total Noticed: 61

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Craig Nathan Smith, 155 Dwellington Drive, Valencia, PA 16059-2523 |
| jdb | + | Karla Cristina Smith, 155 Dwellington Drive, Valencia, PA 16059-2523 |
| 15371688 | + | AES/Brazus, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 15371710 | + | J.P. Morgan Chase Bank Home, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15371714 | + | National Energy Improvement Fund, LLC, P.O. Box 9000, Fort Washington, PA 19034-9000 |
| 15371721 | + | SST/Synovus, 4315 Pickett, Saint Joseph, MO 64503-1600 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 12 2026 05:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 12 2026 05:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Aug 12 2026 05:28:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 12 2026 01:39:00 | Toyota Motor Credit Corporation, PO Box 8026, Cedar Rapids, IA 52408-8026, UNITED STATES 52408-8026 |
| 15371687 | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 12 2026 01:39:00 | Absolute Resolutions, 8000 Norman Center Drive, Bloomington, MN 55437 |
| 15377582 | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 12 2026 01:39:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 15371689 | + | Email/Text: bncnotifications@pheaa.org | Aug 12 2026 01:39:00 | AES/Suntrust, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 15371692 | + | EDI: ATTWIREBK.COM | Aug 12 2026 05:25:00 | AT&T, 208 South Akard Street, Dallas, TX 75202-4206 |
| 15371690 | + | Email/PDF: bncnotices@becket-lee.com | Aug 12 2026 01:45:41 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15378195 | | Email/PDF: bncnotices@becket-lee.com | Aug 12 2026 01:46:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15371691 | ^ | MEBN | | |

| | | | |
|---|---|---|---|
| | | Aug 12 2026 01:33:01 | Aqua Finance Inc., 2600 Pine Ridge Boulevard, Wausau, WI 54401-7800 |
| 15371693 | + EDI: BANKAMER | Aug 12 2026 05:25:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15392259 | + EDI: PRA.COM | Aug 12 2026 05:28:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15371694 | + Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 12 2026 01:40:00 | Caliber Home Loans, 715 South Metropolitan Avenue, Oklahoma City, OK 73108-2054 |
| 15371696 | + EDI: CAPITALONE.COM | Aug 12 2026 05:25:00 | Capital One, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 15371695 | + EDI: CAPITALONE.COM | Aug 12 2026 05:25:00 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15371697 | + EDI: CAPITALONE.COM | Aug 12 2026 05:25:00 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15371698 | + EDI: CAPITALONE.COM | Aug 12 2026 05:25:00 | Capital One Bank USA, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15371699 | + EDI: CAPITALONE.COM | Aug 12 2026 05:25:00 | Capital One Bank/Cabelas, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15371701 | + EDI: CITICORP | Aug 12 2026 05:25:00 | Citibank, N.A., P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 15371700 | + EDI: CITICORP | Aug 12 2026 05:25:00 | Citibank, N.A., P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15371702 | ^ MEBN | Aug 12 2026 01:32:33 | Collection Service Center, P.O. Box 560, New Kensington, PA 15068-0560 |
| 15371703 | + EDI: WFNNB.COM | Aug 12 2026 05:28:00 | Comenity Bank, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15371704 | + EDI: WFNNB.COM | Aug 12 2026 05:28:00 | Comenity Bank/J. Crew, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15371705 | + EDI: WFNNB.COM | Aug 12 2026 05:28:00 | Comenity Bank/Victoria's Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15371706 | + EDI: DISH | Aug 12 2026 05:25:00 | Dish Network, 90 Inverness Cir E, Englewood, CO 80112-5317 |
| 15371708 | + EDI: AMINFOFP.COM | Aug 12 2026 05:28:00 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15371709 | + EDI: JPMORGANCHASE | Aug 12 2026 05:25:00 | J.P. Morgan Chase Bank Card, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 15385095 | + Email/Text: RASEBN@raslg.com | Aug 12 2026 01:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15390522 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2026 01:45:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15371711 | + Email/Text: bankruptcy@marinerfinance.com | Aug 12 2026 01:39:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15385899 | + EDI: AISMIDFIRST | Aug 12 2026 05:25:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15371712 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2026 01:40:00 | Midland Credit Management, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15385763 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2026 01:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15371713 | + EDI: AISMIDFIRST | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 12 2026 05:25:00 | Midland Mortgage/Midfirst, P.O. Box 268959, Oklahoma City, OK 73126-8959 |
| 15385437 | + | EDI: JEFFERSONCAP.COM | Aug 12 2026 05:28:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15371715 | + | EDI: TDBANKNORTH.COM | Aug 12 2026 05:28:00 | Nordstrom/TD Bank USA, 13531 East Caley Avenue, Englewood, CO 80111-6504 |
| 15372877 | + | EDI: AGFINANCE.COM | Aug 12 2026 05:25:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15371716 | + | EDI: AGFINANCE.COM | Aug 12 2026 05:25:00 | Onemain, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15371717 | + | EDI: AGFINANCE.COM | Aug 12 2026 05:25:00 | Onemain Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15390506 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2026 01:39:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15371719 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2026 01:39:00 | PNC Bank, N.A., P.O. Box 3180, Pittsburgh, PA 15230 |
| 15371720 | | Email/Text: signed.order@pfwattorneys.com | Aug 12 2026 01:39:00 | Pressler, Felt & Warshaw, L.L.P, c/o Ian Z. Winograd, Esquire, 7 Entin Road, Parsippany, NJ 07054 |
| 15371718 | + | Email/PDF: ebnotices@pnmac.com | Aug 12 2026 01:45:58 | Pennymac Loan Services, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 15385307 | + | EDI: JEFFERSONCAP.COM | Aug 12 2026 05:28:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15378379 | | EDI: Q3G.COM | Aug 12 2026 05:28:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 15372152 | + | EDI: PRA.COM | Aug 12 2026 05:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15371722 | + | EDI: SYNC | Aug 12 2026 05:25:00 | Synchrony Bank/BSTB, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15371723 | + | EDI: SYNC | Aug 12 2026 05:25:00 | Synchrony Bank/Gap, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15371724 | + | EDI: SYNC | Aug 12 2026 05:25:00 | Synchrony Bank/Husqvarna, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15371725 | + | EDI: Q3GTBI | Aug 12 2026 05:28:00 | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2757 |
| 15381765 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 12 2026 01:39:00 | Toyota Credit de Puerto Rico, PO Box 9013, Addison, Texas 75001-9013 |
| 15371726 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 12 2026 01:39:00 | Toyota Motor Credit, P.O. Box 9786, Cedar Rapids, IA 52409-0004 |
| 15371727 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 12 2026 01:39:00 | Toyota Motor Credit, Two Walnut Groove Drive, Horsham, PA 19044-2219 |
| 15387745 | | Email/Text: BNCnotices@dcmservices.com | Aug 12 2026 01:39:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 55

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID** **Bypass Reason** **Name and Address**

| | | |
|---|---|---|
| cr | | MidFirst Bank |
| 15381351 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15383153 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15371707 | ##+ | Enhanced Recovery Company, P.O. Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Joint Debtor Karla Cristina Smith dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Craig Nathan Smith dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Matthew Fissel | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5