**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
CRAIG NATHAN SMITH
KARLA CRISTINA SMITH
Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:21-21103

Chapter 13

Related to: Document No. 57

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this 11th day of August, 20 26, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminat and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

SIGNED
8/11/26 8:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm glb
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:
Craig Nathan Smith
Karla Cristina Smith
Debtors

Case No. 21-21103-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 4
Date Rcvd: Aug 11, 2026 Form ID: pdf900 Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Craig Nathan Smith, Karla Cristina Smith, 155 Dwellington Drive, Valencia, PA 16059-2523 |
| 15371688 | + | AES/Brazus, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 15371710 | + | J.P. Morgan Chase Bank Home, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15371714 | + | National Energy Improvement Fund, LLC, P.O. Box 9000, Fort Washington, PA 19034-9000 |
| 15371721 | + | SST/Synovus, 4315 Pickett, Saint Joseph, MO 64503-1600 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 12 2026 01:45:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 12 2026 01:39:00 | Toyota Motor Credit Corporation, PO Box 8026, Cedar Rapids, IA 52408-8026, UNITED STATES 52408-8026 |
| 15377582 | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 12 2026 01:39:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 15371687 | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 12 2026 01:39:00 | Absolute Resolutions, 8000 Norman Center Drive, Bloomington, MN 55437 |
| 15371689 | + | Email/Text: bncnotifications@pheaa.org | Aug 12 2026 01:39:00 | AES/Suntrust, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 15371692 | + | Email/Text: g17768@att.com | Aug 12 2026 01:39:00 | AT&T, 208 South Akard Street, Dallas, TX 75202-4206 |
| 15371690 | + | Email/PDF: bncnotices@becket-lee.com | Aug 12 2026 01:46:07 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15378195 | | Email/PDF: bncnotices@becket-lee.com | Aug 12 2026 01:45:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15371691 | ^ | MEBN | Aug 12 2026 01:33:02 | Aqua Finance Inc., 2600 Pine Ridge Boulevard, Wausau, WI 54401-7800 |
| 15371693 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 12 2026 01:39:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15392259 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 12 2026 01:45:52 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15371694 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | | |

| | | | |
|---|---|---|---|
| | | Aug 12 2026 01:40:00 | Caliber Home Loans, 715 South Metropolitan Avenue, Oklahoma City, OK 73108-2054 |
| 15371696 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 12 2026 01:45:47 | Capital One, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 15371695 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 12 2026 01:46:06 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15371697 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 12 2026 01:45:42 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15371698 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 12 2026 01:45:51 | Capital One Bank USA, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15371699 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 12 2026 01:46:06 | Capital One Bank/Cabelas, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15371701 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2026 01:45:42 | Citibank, N.A., P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 15371700 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2026 01:45:42 | Citibank, N.A., P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15371702 | ^ MEBN | Aug 12 2026 01:32:33 | Collection Service Center, P.O. Box 560, New Kensington, PA 15068-0560 |
| 15371703 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 12 2026 01:40:00 | Comenity Bank, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15371704 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 12 2026 01:40:00 | Comenity Bank/J. Crew, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15371705 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 12 2026 01:40:00 | Comenity Bank/Victoria's Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15371706 | + Email/Text: Bankruptcy.Consumer@dish.com | Aug 12 2026 01:39:00 | Dish Network, 90 Inverness Cir E, Englewood, CO 80112-5317 |
| 15371708 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 12 2026 01:45:52 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15371709 | + Email/PDF: ais.chase.ebn@aisinfo.com | Aug 12 2026 01:45:41 | J.P. Morgan Chase Bank Card, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 15385095 | + Email/Text: RASEBN@raslg.com | Aug 12 2026 01:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15390522 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2026 01:46:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15371711 | + Email/Text: bankruptcy@marinerfinance.com | Aug 12 2026 01:39:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15385899 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 12 2026 01:45:54 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15371712 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2026 01:40:00 | Midland Credit Management, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15385763 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2026 01:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15371713 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 12 2026 01:46:07 | Midland Mortgage/Midfirst, P.O. Box 268959, Oklahoma City, OK 73126-8959 |
| 15385437 | + Email/Text: JCAP_BNC_Notices@jcap.com | Aug 12 2026 01:40:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15371715 | + Email/Text: bankruptcy@td.com | Aug 12 2026 01:40:00 | Nordstrom/TD Bank USA, 13531 East Caley Avenue, Englewood, CO 80111-6504 |
| 15372877 | + Email/PDF: cbp@omf.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 12 2026 01:45:47 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15371716 | + | Email/PDF: cbp@omf.com | Aug 12 2026 01:45:47 | Onemain, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15371717 | + | Email/PDF: cbp@omf.com | Aug 12 2026 01:45:47 | Onemain Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15390506 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2026 01:39:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15371719 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2026 01:39:00 | PNC Bank, N.A., P.O. Box 3180, Pittsburgh, PA 15230 |
| 15371720 | | Email/Text: signed.order@pfwattorneys.com | Aug 12 2026 01:39:00 | Pressler, Felt & Warshaw, L.L.P, c/o Ian Z. Winograd, Esquire, 7 Entin Road, Parsippany, NJ 07054 |
| 15371718 | + | Email/PDF: ebnotices@pnmac.com | Aug 12 2026 01:46:09 | Pennymac Loan Services, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 15385307 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 12 2026 01:40:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15378379 | | Email/Text: bnc-quantum@quantum3group.com | Aug 12 2026 01:40:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 15372152 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 12 2026 01:45:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15371722 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 12 2026 01:45:41 | Synchrony Bank/BSTB, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15371723 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 12 2026 01:45:51 | Synchrony Bank/Gap, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15371724 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 12 2026 01:46:06 | Synchrony Bank/Husqvarna, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15371725 | + | Email/Text: bnc-thebureaus@quantum3group.com | Aug 12 2026 01:39:00 | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2757 |
| 15381765 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 12 2026 01:39:00 | Toyota Credit de Puerto Rico, PO Box 9013, Addison, Texas 75001-9013 |
| 15371726 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 12 2026 01:39:00 | Toyota Motor Credit, P.O. Box 9786, Cedar Rapids, IA 52409-0004 |
| 15371727 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 12 2026 01:39:00 | Toyota Motor Credit, Two Walnut Groove Drive, Horsham, PA 19044-2219 |
| 15387745 | | Email/Text: BNCnotices@dcmservices.com | Aug 12 2026 01:39:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| 15381351 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15383153 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15371707 | ##+ | Enhanced Recovery Company, P.O. Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Joint Debtor Karla Cristina Smith dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Craig Nathan Smith dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Matthew Fissel | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5